# CERTIFICATE OF SERVICE

I, **GEMMA FLORES,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S OBJECTION TO THE PSR AND SENTENCING POSITION FOR DEFENDANT LUIS VEGA**

service was:

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and Mailing via United States Mail, addressed as follows: |
| [X] Electronic Mail | [ ] By facsimile as follows: |
| [ ] By hand delivery | [ ] By federal express as follows: |

Christina Torres
Christina_torres@cacp.uscourts.gov

This Certificate is executed on, March 26, 2020, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

/s/
**GEMMA FLORES**